HERBERT E. MOHR, Appellant, v. LAWYERS TRUST COMPANY, Respondent, Appellant, and THE PUBLIC NATIONAL BANK AND TRUST COMPANY OF NEW YORK, Appellant, Respondent; LOUIS JACOBY and MIDLAND CIGAR Co., INC., Respondents. — Motions for leave to appeal to the Court of Appeals granted. [See 257 App. Div. 999.] Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

MARY L. RICHARDSON, Respondent, v. ANTHONY CANNONITO, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

IDA S. SCHOEN, Respondent, v. GEORGE H. SCHOEN, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

## (October 9, 1939.)

PETER S. BOORNAZIAN, Respondent, v. CHASMORE HOLDING CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

GOLDBERG, 168-05 CORPORATION, Appellant, v. JOSEPH LEVY, Respondent.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed with ten dollars costs and disbursements. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ. [See post, p. 728.]

In the Matter of the Application of the QUEENS COUNTY BAR ASSOCIATION in Regard to DIARMUID E. DIXON, an Attorney, Respondent.— Motion to confirm report of official referee granted, respondent disbarred and his name ordered to be struck from the roll of attorneys. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

CECILIA KOENIG and Another, Respondents, v. LUDWIG BAUMANN & Co., a Corp., and Others, Defendants; McKEE GLASS COMPANY, Appellant.— Motion of McKee Glass Company for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

JOSEPH ROCCA, Also Known as GIUSEPPE ROCCA, Appellant, v. VICTOR SOLLENNE, Doing Business as ACTIVE PLASTERING COMPANY, Defendant, Respondent; JOHN NUCOTOLA and GEORGE LINI, Impleaded Defendants, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.